**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria G. Pineda Ramos<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2261<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–22128–MBK | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Maria G. Pineda Ramos
    aka Maria G. Pineda-Ramos, aka Maria G.
    Pineda, aka Maria Pineda-Ramos, aka Maria
    Pineda Ramos, aka Maria G. Ramos, fdba
    Pineda LLC

3/10/22                                                                      **By the court:** Michael B. Kaplan
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Maria G. Pineda Ramos  
    Debtor

Case No. 20-22128-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 10, 2022     Form ID: 3180W     Total Noticed: 81

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Maria G. Pineda Ramos, 647 McCormick Dr, Toms River, NJ 08753-4324 |
| cr | + | JPMorgan Chase Bank, National Association, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 519004691 | | Amex/Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519004693 | + | Atlantic Coast Realty, 1415 Hooper Ave Ste 306, Toms River, NJ 08753-2800 |
| 519004692 | | Atlantic Coast Realty, 512 S Lynnhaven Rd Ste 102, Virginia Beach, VA 23452-6664 |
| 519004696 | | Capital One / Bergne, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519004710 | + | Conventus, 900 Route 9 Ste 500, Woodbridge, NJ 07095-1003 |
| 519004714 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 519004715 | | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 519004716 | | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave Ste 3, Mount Laurel, NJ 08054-1210 |
| 519004717 | | Homebridge Financial I, 222 Chastain Meadows Ct NW, Kennesaw, GA 30144-5820 |
| 519004721 | | Lacey Diagnostic Imaging, 833 Lacey Rd, Forked River, NJ 08731-1200 |
| 519006205 | + | Pineda Pediatric, LLC, 833 Lacey Rd, Forked River, NJ 08731-1200 |
| 519004725 | | Porsche Financial Srvc, 980 Hammond Dr, Atlanta, GA 30328-6161 |
| 519004726 | | Ramada Hotel, 2373 Route 9, Toms River, NJ 08755-1219 |
| 519004727 | | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 519126627 | | Sanofi Pasteur, 12458 Collection Center Dr, Chicago, IL 60693-0124 |
| 519004743 | + | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 519004744 | | The Money Source Inc., 500 S Broad St Ste 100A, Meriden, CT 06450-6755 |
| 519004747 | | US Bank, Oshkosh, WI 54901 |
| 519004749 | | Wells Fargo Bank, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519004751 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 519004752 | | Wells Fargo Dealer Svc, PO Box 10709, Raleigh, NC 27605-0709 |
| 519004753 | | Wffnatbank, Des Moines, IA 50301 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519004687 | | Email/Text: ebn@americollect.com | Mar 10 2022 20:41:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 519057037 | | EDI: GMACFS.COM | Mar 11 2022 07:49:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262385 | + | EDI: AISACG.COM | Mar 11 2022 07:51:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519004685 | | EDI: GMACFS.COM | Mar 11 2022 07:49:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |

Case 20-22128-MBK    Doc 35    Filed 03/12/22    Entered 03/13/22 00:17:03    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 3180W | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| 519004686 | EDI: GMACFS.COM | Mar 11 2022 07:49:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519004689 | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:50:59 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519004688 | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:50:48 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519004690 | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:51:01 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519004694 | EDI: CAPITALONE.COM | Mar 11 2022 07:50:00 | Cap1/bontn, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519004695 | EDI: CAPITALONE.COM | Mar 11 2022 07:50:00 | Cap1/boscv, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519004697 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 519004698 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Citi/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519004699 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519004700 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519004701 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519004702 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519004703 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519004704 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519004705 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519004706 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519004707 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519004708 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519004709 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 519004711 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519004712 | + EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519004713 | + EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 519004722 | + EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519055181 | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519004718 | EDI: JPMORGANCHASE | | |

Case 20-22128-MBK    Doc 35    Filed 03/12/22    Entered 03/13/22 00:17:03    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 3180W | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| | | Mar 11 2022 07:50:00 | Jpmcb Home, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519004719 | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2022 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519004720 | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2022 20:40:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519038754 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2022 20:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519004723 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2022 20:40:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519004724 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2022 20:40:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519058089 | EDI: Q3G.COM | Mar 11 2022 07:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519004730 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519004733 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/Pandora, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519004728 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519004729 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519004731 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519004732 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/pandora, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519004734 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519004735 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519004739 | EDI: TDBANKNORTH.COM | Mar 11 2022 07:51:00 | Td Bank, Attn: Bankruptcy, PO Box 1190, Lewiston, ME 04243 |
| 519004740 | EDI: TDBANKNORTH.COM | Mar 11 2022 07:51:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519004736 | EDI: WTRRNBANK.COM | Mar 11 2022 07:50:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519004737 | EDI: LCITDAUTO | Mar 11 2022 07:49:00 | Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 519004738 | EDI: LCITDAUTO | Mar 11 2022 07:49:00 | Td Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 519004741 | EDI: WTRRNBANK.COM | Mar 11 2022 07:50:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519004742 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519004748 | EDI: USBANKARS.COM | Mar 11 2022 07:49:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519004745 | + Email/Text: EBankruptcy@UCFS.NET | Mar 10 2022 20:41:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 519004746 | + Email/Text: EBankruptcy@UCFS.NET | Mar 10 2022 20:41:00 | United Consumer Finl S, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 519057366 | + EDI: AIS.COM | | |

| | | | |
|---|---|---|---|
| | | Mar 11 2022 07:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519004750 | EDI: WFFC.COM | Mar 11 2022 07:50:00 | Wells Fargo Bank NA, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022                                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Maria G. Pineda Ramos bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6